# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WARREN, | CASE NO. 1:07-cv-00100-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 8) |
| STEPHEN MAYBERG, et al., | |
| Defendants. | |

On March 5, 2007, plaintiff Andrew Warren ("plaintiff"), a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking leave to proceed in forma pauperis and for the appointment of the United States Marshal to effect service of process.

Plaintiff was granted leave to proceed in forma pauperis in this action on March 2, 2007. Because plaintiff is proceeding in forma pauperis, he is automatically entitled to have service of process effected by the Marshal. As plaintiff was notified via the First Informational Order, his complaint will be screened in due course, and the Marshal will be directed to effect service once plaintiff's complaint has been screened and found to state cognizable claims for relief.

For the foregoing reasons, plaintiff's motion of March 5, 2007, is moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:    **April 24, 2007**          /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

1