# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN MAYBERG, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00100-OWW-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY THE COURT'S ORDER<br><br>(Docs. 13 and 15) |

Plaintiff Andrew Warren ("plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 7, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The United States Postal Service returned the Findings and Recommendations on February 20, 2008, as undeliverable. Plaintiff has not notified the Court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 7, 2008, is adopted in full; and

2. This action is dismissed, without prejudice, for failure to obey the Court's order.

IT IS SO ORDERED.

**Dated:**    **April 14, 2008**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE